# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-5049**  **September Term, 2023**

1:24-cv-00488-UNA

Filed On: July 5, 2024

John Doe,

    Appellant

    v.

Jonathan McKernan, in his official capacity as Director of FDIC and Federal Deposit Insurance Corporation,

    Appellees

    **BEFORE:**    Katsas, Rao, and Childs, Circuit Judges

## O R D E R

Upon consideration of the brief filed by appellant, the motion to participate as amicus curiae, and the lodged corrected amicus brief, it is

**ORDERED** that the motion to participate as amicus curiae be granted. The Clerk is directed to file the lodged corrected amicus brief. It is

**FURTHER ORDERED**, on the court's own motion, that by September 18, 2024, appellees enter an appearance and file a brief not to exceed 13,000 words. Appellant may file a reply brief not to exceed 6,500 words by October 9, 2024.

The Clerk is directed to calendar this case for presentation to a merits panel.

### Per Curiam

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

                      BY:    /s/
                            Emily Campbell
                            Deputy Clerk