# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5049**                                             September Term, 2024

1:24-cv-00488-UNA

Filed On: November 26, 2024 [2086923]

John Doe,

    Appellant

    v.

Jonathan McKernan, in his official capacity as Director of FDIC and Federal Deposit Insurance Corporation,

    Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for December 10, 2024, at 9:30 A.M.:

    Appellant    -    10 Minutes

    Appellees    -    10 Minutes

One counsel per side to argue  The panel considering this case will consist of Circuit Judges Millett and Rao, and Senior Circuit Judge Rogers.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by December 2, 2024.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
        Michael C. McGrail
        Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)